# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1109**
**CAF 11-01271**
PRESENT: FAHEY, J.P., PERADOTTO, CARNI, WHALEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF SHAUNDRA D.
------------------------------------------------
GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES,      MEMORANDUM AND ORDER
PETITIONER-RESPONDENT;

KAREN M., RESPONDENT-APPELLANT.
(APPEAL NO. 6.)

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

CHARLES N. ZAMBITO, COUNTY ATTORNEY, BATAVIA (PAULA A. CAMPBELL OF COUNSEL), FOR PETITIONER-RESPONDENT.

ROBERT A. DINIERI, ATTORNEY FOR THE CHILD, CLYDE, FOR SHAUNDRA D.

---

Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered May 19, 2011 in a proceeding pursuant to Family Court Act article 10-A.  The order, among other things, adjudged that the permanency goal for Shaundra D. is placement for adoption.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Matter of Gena S.* ([appeal No. 1] ___ AD3d ___ [Dec. 21, 2012]).

Entered:  December 21, 2012                    Frances E. Cafarell
                                               Clerk of the Court